Dora V. Lane, Esq.
Nevada Bar No. 8424
dlane@hollandhart.com
Peter D. Navarro, Esq.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QAIRESS WINSTON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR LOAN CENTER, LLC; DOES I through V, INCLUSIVE; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02309-RFB-CWH<br><br>**STIPULATION AND ORDER**<br><br>**(First Request)** |

Dollar Loan Center, LLC ("Defendant") and Plaintiff Qairess Winston ("Plaintiff"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.  The parties agree to extend the time for Defendant to file its replies in support of its Motion to Dismiss and Motion for More Definite Statement (Dkt. #6 and Dkt. #7) from Monday, November 21, 2016 to Monday, November 28, 2016.

This stipulation for extension of time is sought in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**

DATED this 18th day of November, 2016

LUCHERINI BLAKESLEY COURTNEY, P.C.

By: */s/ John C. Courtney*
John C. Courtney, Esq.
3175 S. Eastern Avenue
Las Vegas, NV 89169
info@lbclawgroup.com
*Attorneys for Plaintiffs*

DATED this 18th day of November, 2016

HOLLAND & HART LLP

By */s/ Peter D. Navarro*
Dora V. Lane, Esq.
Nevada Bar No. 8424
Peter D. Navarro, Esq.
Nevada Bar No. 10168
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendants*

**IT IS SO ORDERED**

Dated: November 21, 2016

_____
U.S. District/Magistrate Judge

9356816_1