Dora V. Lane, Esq.
Nevada Bar No. 8424
dlane@hollandhart.com
Peter D. Navarro, Esq.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QAIRESS WINSTON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR LOAN CENTER, LLC; DOES I through V, INCLUSIVE; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02309-RFB-CWH<br><br>**STIPULATION AND ORDER**<br><br>**(First Request)** |

Dollar Loan Center, LLC ("Defendant") and Plaintiff Qairess Winston ("Plaintiff"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. The parties agree to extend the time for Defendant to file its Early Neutral Evaluation Statement from Tuesday, January 17, 201~~6~~7 to Thursday, January 19, 201~~6~~7.

This stipulation for extension of time is sought in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

Page 1 of 2

**IT IS SO STIPULATED**

DATED this 12th day of January, 2017

LUCHERINI BLAKESLEY COURTNEY, P.C.

By: */s/ John C. Courtney*
John C. Courtney, Esq.
3175 S. Eastern Avenue
Las Vegas, NV 89169
info@lbclawgroup.com
*Attorneys for Plaintiffs*

DATED this 12th day of January, 2017

HOLLAND & HART LLP

By */s/ Peter D. Navarro*
Dora V. Lane, Esq.
Nevada Bar No. 8424
Peter D. Navarro, Esq.
Nevada Bar No. 10168
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Defendants*

**IT IS SO ORDERED**

Dated: 1-12-2017

_____

U.S. Magistrate Judge

9482191_1

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650