Dora V. Lane, Esq.
Nevada Bar No. 8424
dlane@hollandhart.com
Peter D. Navarro, Esq.
Nevada Bar No. 10168
pdnavarro@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QAIRESS WINSTON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR LOAN CENTER, LLC; DOES I through V, INCLUSIVE; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02309-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Dollar Loan Center, LLC ("Defendant") and Plaintiff Qairess Winston ("Plaintiff"), by and through their undersigned counsel, hereby agree and stipulate as that all claims by Plaintiff against Defendants that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED this 22nd day of March, 2017                                         DATED this 22nd day of March, 2017

**LUCHERINI BLAKESLEY COURTNEY, P.C.**                     **HOLLAND & HART LLP**

By: */s/ John C. Courtney*                                                              By */s/ Peter D. Navarro*
John C. Courtney, Esq.                                                                Dora V. Lane, Esq.
3175 S. Eastern Avenue                                                              Peter D. Navarro, Esq.
Las Vegas, NV 89169                                                                 9555 Hillwood Drive, 2nd Floor
info@lbclawgroup.com                                                              Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*                                                               *Attorneys for Defendants*

**IT IS SO ORDERED**

Dated: March 23, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

9553076_1